

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHARD A. BENSON )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
AKSYS USA, Inc )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

08CV2886
JUDGE LEFKOW
MAG. JUDGE KEYS

FILED

MAY 1 9 2008

MAY 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is RICHARD A. BENSON _____ of the county of DuPage _____ in the state of Illinois _____.

3. The defendant is AKSYS USA, Inc _____, whose street address is 1909 Kyle Court _____, (city) Gastonia (county) Gaston (state) NC (ZIP) 28052 (Defendant's telephone number) (704 - 810-0500 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

5120 Belmont Ave - Suite S (city) Downers Grove (county) DuPage (state) IL (ZIP code) 60515

5.  The plaintiff [*check one box*]

   (a) ☐     was denied employment by the defendant.

   (b) ☐     was hired and is still employed by the defendant.

   (c) ☒     was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)_____, (day)_____, (year)_____.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff  [*check

   one box*]   ☐ *has not*      filed a charge or charges against the defendant
              ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

   (i)    ☒ the United States Equal Employment Opportunity Commission, on or about

      (month) **November**   (day) **16**   (year) **2005**.

   (ii)    ☐ the Illinois Department of Human Rights, on or about

      (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☒ YES.     ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

☐      Yes (month)_____ (day)_____ (year) _____

☐      No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES     ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☒     the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month) **FEBRUARY** (day) **25** (year) **2008** a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒   Age (Age Discrimination Employment Act).

(b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

4

_____

_____

_____

_____

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

I AM 60 YEARS OF AGE.

ON OR ABOUT AUG 15, 2005, I WAS DISCHARGED BY TIM SMITH
(40's), RESPONDENT PRESIDENT. SMITH VERBALLY STATED THAT I
WAS BEING DISCHARGED BECAUSE MY OFFICE WAS BEING CLOSED.
I WAS REPLACED BY DAVE TOLCHIN (30's), A LESS SENIOR, LESS
EXPERIENCED EMPLOYEE WHO WAS GIVEN MY ALLEGEDLY ELIMINATED
POSITION JOB TITLE,

14.  **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☐ YES  ☐ NO

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐  Direct the defendant to hire the plaintiff.

(b) ☒  Direct the defendant to re-employ the plaintiff.

(c) ☐  Direct the defendant to promote the plaintiff.

(d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐  Direct the defendant to (specify): _____

5

_____

_____

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages,
        liquidated/double damages, front pay, compensatory damages, punitive damages,
        prejudgment interest, post-judgment interest, and costs, including reasonable
        attorney fees and expert witness fees.

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Richard A. Benson_

(Plaintiff's name)

_RICHARD A. BENSON_

(Plaintiff's street address)

_116 W. BAILEY RD_

_____

(City) _NAPERVILLE_    (State) _IL_    (ZIP) _60565_

(Plaintiff's telephone number) _(630) – 983-7163_

Date: _MAY 14, 2008_

6

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  (06W1116-01) | ☒ IDHR  ☐ EEOC | 2006CA1157 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) Mr. Richard Allen Benson | HOME TELEPHONE (include area code) (630) 983-7163 |
|---|---|

| STREET ADDRESS 116 W. Bailey Road | CITY, STATE AND ZIP CODE Naperville, IL. 60565 | DATE OF BIRTH 05/16/45 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP C OMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME Aksys USA, Incorporated | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (704) 913-4559 |
|---|---|---|

| STREET ADDRESS 1909 Kyle Court | CITY, STATE AND ZIP CODE Gastonia, NC. 28052 | COUNTY |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON: Age | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) 08/15/05 ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.    A.    ISSUE/BASIS

DISCHARGE, ON OR ABOUT AUGUST 15, 2005, BECAUSE OF MY AGE, 60.

B.    PRIMA FACIE ALLEGATIONS

1. I am 60 years of age.

2. I have satisfactorily performed my duties as a Sales/Marketing Manager for Respondent in their Illinois marketing area, and have been employed with Respondent since August 16, 2000.

(Continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS  _Krystal I. Rogers_ 11/16/05 NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL" Krystal I. Rogers Notary Public State of Illinois NOTARY SEAL | X _Richard A. Benson_ 11/16/05 SIGNATURE OF COMPLAINANT    DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

**Charge Number: 2006**
**Richard Allen Benson**
**Page 2**

3.  On or about August 15, 2005, I was discharged by Tim Smith
    (40's), Respondent's President.  Smith verbally stated that I was being
    discharged because my office was being closed.  During this time, I
    did not engage in any act of willful misconduct which merited being
    discharged by the Respondent.

4.  I believe that there have been other, similarly situated, under age 40
    sales/marketing managers, that have levels of performance which is
    similar to mine, but they have not been discharged from their positions
    of employment as I have been.

5.  I was replaced by Dave Tolchin (30's), a less senior, less experienced
    employee.

**ACF/JJT/RCG**

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Richard A. Benson
116 W Bailey Road
Naperville, IL 60565

**CERTIFIED MAIL 7099 3400 0014 4054 0415**

From: **Chicago District Office**
500 West Madison St
**Suite 2800**
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-00330 | **Karen Lanners,**<br>**Investigator** | **(312) 353-0902** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission,

*John P. Rowe,*

**John P. Rowe,**
**District Director**

2/21/08
*(Date Mailed)*

Enclosures(s)

cc: **AKSYS USA INC**