08CV2886
JUDGE LEFKOW
MAG. JUDGE KEYS

DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**FILED**
MAY 1 9 2008
J.N   MAY 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: Richard A. Benson
(Please print)

STREET ADDRESS: 116 W. Bailey Road

CITY/STATE/ZIP: Naperville, IL 60565

PHONE NUMBER: 630-983-7163

CASE NUMBER:

Signature: Richard A. Benson

Date: 5/19/08