IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD A. BENSON,** | ) | |
| | ) | |
| | ) | **Case No. 08 C 2886** |
| **Plaintiff,** | ) | |
| | ) | **Judge Lefkow** |
| v. | ) | |
| | ) | **Magistrate Judge Keys** |
| **AKSYS USA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## LR 3.2 NOTIFICATION AS TO AFFILIATES

Defendant AKsys USA, Inc., a Delaware corporation, is the wholly owned subsidiary of AKsys GMBH, a German corporation. Both companies are privately held and neither have any publicly held affiliates under Local Rule 3.2.

This the 12th day of June, 2008.

AKSYS USA, INC.

/s/ David N. Michael
One of its attorneys

David N. Michael
Mark D. Brookstein
GOULD & RATNER LLP
222 North La Salle Street
Eighth Floor, Suite 800
Chicago, IL  60601
Telephone: (312) 236-3003
Facsimile: (312) 236-3241

402044.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **LR 3.2 NOTIFICATION AS TO AFFILIATES** was served on *pro se* Plaintiff by depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

>Richard A. Benson
>116 W. Bailey Road
>Naperville, IL  60565

This 12th day of June, 2008.

/s/  David N. Michael

GOULD & RATNER, LLP
222 North La Salle Street
Suite 800
Chicago, IL  60601
Telephone: (312) 236-3003
Facsimile: (312) 236-3241

2