IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD A. BENSON,<br><br>      Plaintiff,<br><br>v.<br><br>AKSYS USA, INC.<br><br>      Defendant. | )<br>)<br>)  Case No. 08 C 2886<br>)<br>)  Judge Lefkow<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

### Stipulation to Dismiss

As all matters in dispute have been resolved, the undersigned parties, pursuant to Fed.R.Civ.P. 41(a), agree to a dismissal of this case with prejudice. Each party is to bear its own costs and attorneys' fees.

Plaintiff:

_____
Richard A. Benson
Pro Se
116 West Bailey Road
Naperville, IL 60565

For Defendant:

_____
David N. Michael
Gould & Ratner LLP
222 N. LaSalle Street, 8th Fl.
Chicago, Illinois 60601

DATED: Aug 6, 2008

DATED: August 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD A. BENSON, | ) |
| | ) |
| | ) Case No. 08 C 2886 |
| Plaintiff, | ) |
| | ) Judge Lefkow |
| v. | ) |
| | ) Magistrate Judge Keys |
| AKSYS USA, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing STIPULATION TO DISMISS was served on *pro se* Plaintiff by Fed Ex and addressed as follows:

Richard A. Benson
116 W. Bailey Road
Naperville, IL 60565

This the 14th day of August, 2008.

/s/ David N. Michael

GOULD & RATNER LLP
222 North La Salle Street
Eighth Floor, Suite 800
Chicago, IL 60601
Telephone: (312) 236-3003
Facsimile: (312) 236-3241

402046.1

1